UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - TRIAL**

| Case No. | 2:23-cv-05246-HDV-JCx | Date | April 15, 2025 |
|---|---|---|---|
| Title: | Helen Abascal v. County of Los Angeles, et al | | |

| Present: The Honorable | Hernán D. Vera, United States District Court Judge |
|---|---|

| Wendy K. Hernandez | Miranda Algorri |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Payton Lyon / James Spertus | Anthony Sain / Tori Bakken |

___ **Day Court Trial**   1st   **Day Jury Trial**

One day trial: _X_ Begun (1st day); _X_ Held & Continued; ___ Completed by jury verdict/submitted to court.

_X_ The Jury is impaneled and sworn.
_X_ Opening statements made by   Plaintiff and Defendants
_X_ Witnesses called, sworn and testified.   _X_ Exhibits identified.   _X_ Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for _____   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by _____
___ Motion to dismiss by _____ is   ___ granted.   ___ denied.   ___ submitted.
___ Motion for mistrial by _____ is   ___ granted.   ___ denied.   ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is   ___ granted.   ___ denied.   ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
_X_ Case continued to   04/16/25 at 8:30am   for further trial/further jury deliberation.
___ Other:

5 : 00

Initials of Deputy Clerk   WH