**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
  E-Mail: Tony.Sain@lewisbrisbois.com
TORI L. N. BAKKEN, SB# 329069
  E-Mail: Tori.Bakken@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
  E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants,
COUNTY OF LOS ANGELES
(erroneously sued as "COUNTY OF LOS ANGELES" and "LOS ANGELES COUNTY SHERIFF'S DEPARTMENT"), DEPUTY HERNAN SEBASTIANI, DEPUTY DAVID ALBARRAN, DEPUTY JUAN ZAMORA, DEPUTY ROLANDO IGLESIAS, and SERGEANT MARCOS ROSALES

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN ABASCAL,<br><br>         Plaintiff,<br><br>    vs.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; DEPUTY HERNAN SEBASTIANI, an individual; DEPUTY DAVID ALBARRAN, an individual; DEPUTY JUAN ZAMORA, an individual; DEPUTY ROLANDO IGLESIAS, an individual; SERGEANT MARCOS ROSALES, an individual; and DOES 1-20, INCLUSIVE,<br><br>         Defendants. | Case No. 2:23-cv-05246-HDV-JC<br>[*Hon. Hernán D. Vera, Dist. Judge;*<br>*Hon. Jacqueline Chooljian, M. Judge*]<br><br>**[~~PROPOSED~~] JUDGMENT**<br><br><br><br><br><br>Complaint Filed:  June 30, 2023<br>Trial Date:          April 15, 2025 |

156202191.1

1

[PROPOSED] JUDGMENT

**TO ALL PARTIES & THEIR ATTORNEYS OF RECORD:**

After a Jury Trial conducted on April 15-22, 2025, on April 22, 2025, the Jury rendered a **Verdict** that necessitates **Granting Judgment to Defendants** on all of Plaintiff's claims and causes of action in this matter.

In light of the Court's prior Order granting partial summary judgment [Dkt. 177], certain claims by Plaintiff (*e.g.*, Plaintiff's Third Cause of Action for Failure to Intervene), as specified herein below, were at issue when the case was submitted to the jury on April 22, 2025. That same day, at approximately 3:23 p.m., the jury rendered its verdict for Defendants (with Verdict entered shortly thereafter).

In light of the jury's verdict, the Court hereby grants and enters **JUDGMENT** in this case as follows:

1. On the claim of Fourth Amendment – **Unlawful Detention and Arrest** (42 U.S.C. § 1983) by plaintiff HELEN ABASCAL against defendants COUNTY OF LOS ANGELES (including its LOS ANGELES COUNTY SHERIFF'S DEPARTMENT), DEPUTY HERNAN SEBASTIANI, DEPUTY DAVID ALBARRAN, DEPUTY JUAN ZAMORA, DEPUTY ROLANDO IGLESIAS, SERGEANT MARCOS ROSALES, and DOES 1-10 [First Cause of Action], the Court hereby enters **Judgment in favor of Defendants** on this cause of action and all claims therein. Accordingly, Plaintiff shall recover nothing as to this claim.

2. On the claim of Fourth Amendment – **Excessive Force** (42 U.S.C. § 1983) by plaintiff HELEN ABASCAL against defendants COUNTY OF LOS ANGELES (including its LOS ANGELES COUNTY SHERIFF'S DEPARTMENT), DEPUTY HERNAN SEBASTIANI, DEPUTY DAVID ALBARRAN, DEPUTY JUAN ZAMORA, DEPUTY ROLANDO IGLESIAS, SERGEANT MARCOS ROSALES, and DOES 1-10 [Second Cause of Action], the Court hereby enters **Judgment in favor of Defendants** on this cause of action and all claims therein. Accordingly, Plaintiff shall recover nothing as to this claim.

3. On the claim of Fourth Amendment – **Malicious Prosecution** (42 U.S.C. § 1983) by plaintiff HELEN ABASCAL against defendants COUNTY OF LOS ANGELES (including its LOS ANGELES COUNTY SHERIFF'S DEPARTMENT), DEPUTY HERNAN SEBASTIANI, DEPUTY DAVID ALBARRAN, DEPUTY JUAN ZAMORA, DEPUTY ROLANDO IGLESIAS, SERGEANT MARCOS ROSALES, and DOES 1-10 [Fourth Cause of Action], the Court hereby enters **Judgment in favor of Defendants** on this cause of action and all claims therein. Accordingly, Plaintiff shall recover nothing as to this claim.

4. On the claim of Fifth and Fourteenth Amendments – **Due Process [Violation]** (42 U.S.C. § 1983) by plaintiff HELEN ABASCAL against defendants COUNTY OF LOS ANGELES (including its LOS ANGELES COUNTY SHERIFF'S DEPARTMENT), DEPUTY HERNAN SEBASTIANI, DEPUTY DAVID ALBARRAN, DEPUTY JUAN ZAMORA, DEPUTY ROLANDO IGLESIAS, SERGEANT MARCOS ROSALES, and DOES 1-10 [Fifth Cause of Action], the Court hereby enters **Judgment in favor of Defendants** on this cause of action and all claims therein. Accordingly, Plaintiff shall recover nothing as to this claim.

5. On the claim of **Unconstitutional Custom, Practice, or Policy [*Monell* Liability]** (42 U.S.C. § 1983) by plaintiff HELEN ABASCAL against defendants COUNTY OF LOS ANGELES (including its LOS ANGELES COUNTY SHERIFF'S DEPARTMENT), and DOES 11-20 [Sixth Cause of Action], the Court hereby enters **Judgment in favor of Defendants** on this cause of action and all claims therein. Accordingly, Plaintiff shall recover nothing as to this claim.

6. On the claim of **Municipal Liability for Failure to Train [*Monell* Liability]** (42 U.S.C. § 1983) by plaintiff HELEN ABASCAL against defendants COUNTY OF LOS ANGELES (including its LOS ANGELES COUNTY SHERIFF'S DEPARTMENT), and DOES 11-20 [Seventh Cause of Action], the

Court hereby enters **Judgment in favor of Defendants** on this cause of action and all claims therein. Accordingly, Plaintiff shall recover nothing as to this claim.

7. On the claim of **Municipal Liability -- Ratification [*Monell* Liability]** (42 U.S.C. § 1983) by plaintiff HELEN ABASCAL against defendants COUNTY OF LOS ANGELES (including its LOS ANGELES COUNTY SHERIFF'S DEPARTMENT), and DOES 11-20 [Eighth Cause of Action], the Court hereby enters **Judgment in favor of Defendants** on this cause of action and all claims therein. Accordingly, Plaintiff shall recover nothing as to this claim.

8. On the claim of **Battery** (Cal. Gov't Code §§ 820, 815.2, and California Common Law) by plaintiff HELEN ABASCAL against defendants DEPUTY HERNAN SEBASTIANI, DEPUTY DAVID ALBARRAN, DEPUTY JUAN ZAMORA, DEPUTY ROLANDO IGLESIAS, and SERGEANT MARCOS ROSALES, and vicariously against defendant COUNTY OF LOS ANGELES (including its LOS ANGELES COUNTY SHERIFF'S DEPARTMENT) [Ninth Cause of Action], the Court hereby enters **Judgment in favor of Defendants** on this cause of action and all claims therein. Accordingly, Plaintiff shall recover nothing as to this claim.

9. On the claim of **Negligence** (Cal. Gov't Code §§ 820, 815.2, and California Common Law) by plaintiff HELEN ABASCAL against defendants DEPUTY HERNAN SEBASTIANI, DEPUTY DAVID ALBARRAN, DEPUTY JUAN ZAMORA, DEPUTY ROLANDO IGLESIAS, and SERGEANT MARCOS ROSALES, and vicariously against defendant COUNTY OF LOS ANGELES (including its LOS ANGELES COUNTY SHERIFF'S DEPARTMENT) [Tenth Cause of Action], the Court hereby enters **Judgment in favor of Defendants** on this cause of action and all claims therein. Accordingly, Plaintiff shall recover nothing as to this claim.

10. On the claim of Violation of Cal. Civ. Code § 52.1 and California Common Law (Intentional Interference with Exercise of Constitutional Rights) [**Bane**

**Act Violation**], by plaintiff HELEN ABASCAL against defendants DEPUTY HERNAN SEBASTIANI, DEPUTY DAVID ALBARRAN, DEPUTY JUAN ZAMORA, DEPUTY ROLANDO IGLESIAS, and SERGEANT MARCOS ROSALES, and vicariously against defendants COUNTY OF LOS ANGELES (including its LOS ANGELES COUNTY SHERIFF'S DEPARTMENT) [Eleventh Cause of Action], the Court hereby enters **Judgment in favor of Defendants** on this cause of action and all claims therein. Accordingly, Plaintiff shall recover nothing as to this claim.

11. In light of the fact that the jury did not find any constitutional violation here, as to the claim for attorney's fees by Plaintiff, the **Court hereby enters Judgment in favor of Defendants**, and Plaintiff shall not recover any such fees.

12. In light of the fact that the jury did not find any predicate for such damages, as to the claim for punitive damages by Plaintiff, the **Court hereby enters Judgment in favor of Defendants**, and Plaintiff shall not recover any such damages.

13. To the extent any other claim or cause of action not otherwise specified herein above remained at issue in this action at the time of Trial, including but not limited to any other claims for damages, the **Court hereby enters Judgment in favor of Defendants** as to all remaining claims, and Plaintiffs shall not recover any such damages or other relief thereon.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: _April 30_, 2025      UNITED STATES DISTRICT COURT,
                             CENTRAL DISTRICT OF CALIFORNIA

By: _____
    Hon. Hernán D. Vera
    UNITED STATES DISTRICT JUDGE